Argued December 19, affirmed December 29, 1975, reconsideration denied February 4, petition for review denied March 16, 1975

IN THE MATTER OF THE MARRIAGE OF

CONGER, *Respondent, and* CONGER (No. D-5648, CA 4902), *Appellant.*

543 P2d 296

*Ernest J. Burrows,* Portland, argued the cause for appellant. With him on the brief was Donald H. Greene, Portland.

*David G. Frost,* Hillsboro, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. No costs to either party.

The issues in this dissolution of marriage proceeding concern the adequacies of the (1) property distribution, (2) award of support, and (3) award of attorneys' fees.

We are not persuaded that any change in the trial court's decree is warranted or that a detailed discussion of the facts and circumstances would serve any useful purpose by way of guidance to bench and bar in future cases involving these issues.

Affirmed. No costs to either party.